CGFD21 (9/19/08)



ORDERED in the Southern District of Florida on January 26, 2011

**Raymond B Ray**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 11–10425–RBR**

**Chapter: 13**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Angela Sloan
3061 NW 3rd Street
Pompano Beach, FL 33069

SSN: xxx–xx–1540

## ORDER DISMISSING CASE

It has been brought to the attention of the court that the debtor has failed to file or correct deficiencies in the item(s) indicated below by the **January 21, 2011** deadline date. The debtor was advised of these requirements in either a clerk's notice of filing requirements or by separate order of the court.

**Summary of Schedules due 01/21/2011**
**Schedules A–J due 01/21/2011**
**Chapter 13 Plan due 01/21/2011**
**Statement of Financial Affairs due 01/21/2011**
**Payment Advices (Db) due 01/21/2011**
**Declaration Re: Schedules due 01/21/2011**
**Stmt of Monthly Income [Ch 13] due 01/21/2011**

The debtor has not met this deadline. Therefore, it is **ORDERED** that:

1. In accordance with 11 U.S.C. § 105(a), this case is dismissed with prejudice as to the filing of any bankruptcy case in any federal bankruptcy court in the United States of America by the above−named debtor earlier than 180 days from entry of this order.

2. The trustee shall file a final report prior to the administrative closing of the case.

3. (If applicable) the debtor shall immediately pay to the Clerk, U.S. Court, $ **0.00** for the balance of the filing fee as required by Local Rule 1017−2(E). Payment must be made in cash, money order or cashier's or "official" check. Any funds remaining with the trustee shall be applied to this balance and the trustee must dispose of any funds in accordance with the Bankruptcy Code and Local Rule 1017−2(F), unless otherwise ordered by the court. The court will not entertain a motion for reconsideration of this order unless all unpaid fees are paid at the time the motion is filed.

4. In accordance with Local Rule 1002−1(B), the clerk of court is directed to refuse to accept for filing any future voluntary petitions submitted by this debtor if the refiling violates a prior order of the court or if the petition is accompanied by an Application to Pay Filing Fee in Installments and filing fees remain due from any previous case filed by the debtor.

###

The clerk shall serve a copy of this order on all parties of record.